UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MYNOR FEDERICO NUNEZ BALTAZAR,

                        Plaintiff,

v.

GOLDFARB PROPERTIES, INC., et al.,

                        Defendants.
-----------------------------------------------------------X

**ORDER**

No. 22-CV-07363 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Plaintiff, *pro se*, and counsel for Defendants appeared by telephone for an initial conference today. As discussed on the record, the Court is separately docketing a Civil Case Discovery Plan and Scheduling Order. To the extent Plaintiff seeks leave to file a Second Amended Complaint, he shall serve and file a letter by October 19, 2023 requesting such leave and attaching a copy of the proposed pleading as well as a redlined version showing the changes he wishes to make. Defendants shall file their response thereto by October 26, 2023.

      Plaintiff is reminded that he may consider contacting the New York Legal Assistance Group's ("NYLAG") Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court.

SO ORDERED.

Dated:  White Plains, New York
          October 5, 2023

                                                  _____
                                                  PHILIP M. HALPERN
                                                  United States District Judge