UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X    22-CV-7363 (PMH)
MYNOR FEDERICO NUNEZ BALTAZAR

Plaintiff,                                               [PROPOSED] ORDER

-against-

GOLDFARB PROPERTIES, INC.,
PELICAN MANAGEMENT INC.,
ROCKAWAY ONE COMPANY, LLC, and
LINDSAY HEINEMAN (Heck) in Professional Capacity

Defendants.
———————————————————————X

Upon consideration of Plaintiff's unopposed Motion to Dismiss without Prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(2), it is

**HEREBY ORDERED** that Plaintiff's Motion is **GRANTED.**

The Clerk of Court is respectfully requested to close this case.

**SO ORDERED**

Date: November 17, 2023

_____
PHILIP M. HALPERN
United States District Judge